The following question was certified: "Does the limitation in section 18 of the Liquor Tax Law, as to the amount of recovery, prevent a plaintiff from taxing costs and disbursements and adding same to the verdict when the verdict is for the full penalty of the bond?"

*Charles S. Mackenzie, Cortland A. Kiernan* and *Crowley Wentworth* for appellant.

*Frank Hopkins* for respondent.

Order affirmed, with costs; question certified answered in the negative; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.

---

ANNIE E. LANGDON, Respondent, *v.* MACKENZIE SCHIFF et al., Defendants.

MATHEW A. BRODERICK, Appellant.

*Langdon* v. *Schiff*, 120 App. Div. 888, affirmed.
(Argued October 2, 1907; decided October 22, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 7, 1907, which affirmed an order of Special Term requiring appellant to complete his purchase of land sold at a foreclosure sale.

*Ralph E. Prime, Jr.*, for appellant.

*Charles Coleman Miller* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.